**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1822

CAROLYN E. O'CONNOR,

Plaintiff - Appellant,

versus

AAMCO/CINNAT, INCORPORATED; COMMONWEALTH OF
MASSACHUSETTS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (3:06-cv-00328-REP)

Submitted: November 21, 2006      Decided:  November 28, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Carolyn E. O'Connor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing as frivolous her civil action. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See O'Connor v. AAMCO/Cinnat, Inc., No. 3:06-cv-00328-REP (E.D. Va. filed June 5, 2006 & entered June 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED